WOODARD v. LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM

[335 N.C. 161 (1993)]

WILLIAM H. WOODARD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF v. NORTH CAROLINA LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM, A CORPORATION; BOARD OF TRUSTEES OF THE NORTH CAROLINA LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM, A BODY POLITIC AND CORPORATE; DENNIS DUCKER, DIRECTOR OF THE RETIREMENT SYSTEMS DIVISION AND DEPUTY TREASURER FOR THE STATE OF NORTH CAROLINA (IN HIS OFFICIAL CAPACITY); HARLAN E. BOYLES, TREASURER OF THE STATE OF NORTH CAROLINA AND CHAIRMAN OF THE BOARD OF TRUSTEES OF THE NORTH CAROLINA LOCAL GOVERNMENTAL EMPLOYEES' RETIREMENT SYSTEM (IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES); STATE OF NORTH CAROLINA, DEFENDANTS

No. 95A93

(Filed 5 November 1993)

Appeal by the plaintiff, pursuant to N.C.G.S. § 7A-30(2), from the decision of a divided panel of the Court of Appeals, 108 N.C. App. 378, 424 S.E.2d 431 (1993), reversing the judgment of Cashwell, J., at the 3 May 1991 Civil Session of Superior Court, Wake County. Heard in the Supreme Court on 15 October 1993.

*Marvin Schiller, and Womble Carlyle Sandridge & Rice, by G. Eugene Boyce and Susan S. McFarlane, for the plaintiff-appellant.*

*Michael F. Easley, Attorney General, by Edwin M. Speas, Jr., Senior Deputy Attorney General, and Norma S. Harrell and Tiare B. Smiley, Special Deputy Attorneys General, for the defendants-appellees.*

PER CURIAM.

Affirmed.